NORTH RIVER SAVINGS BANK, Appellant, v. SIDDA REALTY COMPANY, INC., and S. S. KRESGE COMPANY, Respondents, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NORA HARRINGTON RAYMOND, Appellant, v. MARY O'NEIL and MARGARET O'KEEFE, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANTHONY F. SPINELLI, Plaintiff, and CHARLES NEVELLEFF, Appellant, v. JOHN C. CURRY, Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the judgment directed was against the weight of the credible evidence. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PACHITA CRESPI, Defendant, Impleaded with ALMA BARNES, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon ·and Untermyer, JJ.

IVAN WOLFF, Appellant, v. HOLDEN LEONARD Co., INC., and ART SUEDE CORPORATION, Respondents, Impleaded with Others.— Judgment and order unanimousldy affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LOUIS KASS, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

277 PARK AVENUE CORPORATION, Respondent, v. HOWARD PARDEE, Appellant.— Order granting plaintiff's motion for summary judgment and the judgment entered thereon unanimously reversed, without costs, and order denying defendant's motion for summary judgment unanimously affirmed, on the ground that there are triable issues. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. A. ALLEN GALERSTON, Appellant, Impleaded with Another.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HUGH GORDON MILLER, Respondent, v. CHARLES NEMEROFF, Individually and as Manager, and Others, Appellants (Appearing Specially, etc.), Impleaded with Another.— The complaint contains no allegation that the defendants have no president or that the manager is exercising the duties of the president. Orders unanimously reversed, with twenty dollars costs and disbursements, and the motions granted, with leave to the plaintiff to serve an amended complaint within twenty days after service of order with notice of entry, upon payment of said costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HUGH GORDON MILLER, Respondent, v. CHARLES NEMEROFF, Individually and as Manager, and Others, Appellants, Impleaded with Another.— Order denying motion of individual defendants to dismiss the complaint unanimously reversed, with disbursements, and the motion granted. (See *Institute for Public Service* v. *Keyes Winter*, 233 App. Div. 1.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.